1  ERIC DONEY, #76260
   eric@donahue.com
2  JULIE E. HOFER, #152185
   julie@donahue.com
3  ERIC A. HANDLER, #224637
   ehandler@donahue.com
4  DONAHUE GALLAGHER WOODS LLP
   1999 Harrison Street, 25th Floor
5  Oakland, California  94612-3520
   Telephone:    (510) 451-0544
6  Facsimile:    (510) 832-1486

7  Attorneys for Plaintiff
   AUTODESK, INC.
8

9            UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12

13 | AUTODESK, INC., a Delaware corporation, | CASE NO.  CV 10-01917-LHK |
14 | | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
15 | Plaintiff, | |
   | v. | Current CMC Date:  October 6, 2010 |
16 | | Requested Date:    November 10, 2010 |
   | GUILLERMO FLORES, an individual; | Time:              2:00 p.m. |
17 | GREG FLOWERS, an individual; | Dept.:             Courtroom 4, 5th Floor |
   | GREGORIO FLORES, an individual; and | Judge:             Hon. Lucy H. Koh |
18 | DOES 1 through 10, inclusive, | |
19 | Defendants. | |

1    This matter having come before the Court on Plaintiff's Motion to Continue Case
2    Management Conference, supported by the Declaration of Julie E. Hofer, and based thereon,
3    IT IS HEREBY ORDERED the Case Management Conference currently scheduled for
     November 24, 2010
4    October 6, 2010 shall be continued to ~~November 10, 2010~~ at 2:00 p.m., with all related dates
5    adjusted accordingly.

6    Dated: September 29, 2010           *Lucy H. Koh*
                                          _____
7                                         Hon. Lucy H. Koh
                                          United States District Court Judge

-1-

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE          CASE NO. CV 10-01917-LHK