UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTODESK, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>GUILLERMO FLORES, an individual; GREG FLOWERS, an individual; GREGORIO FLORES, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 10-CV-01917-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff Autodesk, Inc., moves to continue the Case Management Conference ("CMC") currently scheduled for November 24, 2010, on grounds that it will file a Motion for Entry of Default Judgment and Issuance of Permanent Injunction before the CMC. The Court hereby GRANTS Plaintiff's motion for a continuance and continues the CMC to February 3, 2011, following the hearing on Plaintiff's motion for default judgment. Plaintiff shall its Motion for Entry of Default Judgment and Issuance of Permanent Injunction by November 24, 2010.

**IT IS SO ORDERED.**

Dated: November 18, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge